FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 9 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02333-BNB

ANDRE J. TWITTY,

      Plaintiff,

v.

MIKE MUKASEY, U.S. Attorney General,
HARLEY G. LAPPIN, Led [sic] B.O.P. Director,
HARREL WATTS, B.O.P Clerk,
MIKE NALLEY, B.O.P Regional Dir.,
N. FIELDS, B.O.P. Clerk,
RONNIE WILEY - Warden,
NFN - FOX, Assoc. Warden,
UNKNOWN EXECUTIVE ASST.,
UNKNOWN CAPTAIN,
P.J. KRIST - SIA,
"ALL UNKNOWN SIS INVESTIGATORS,"
C. SYNSROL - Legal Advisor,
UNKNOWN MEDICAL ADMIN.,
P. COLLINS - Acct. Mgr., and
R. MADISON, Counselor, all in their individual capacities,

      Defendants.

_____

ORDER OF DISMISSAL

_____

Plaintiff, Andre J. Twitty, submitted *pro se* a Prisoner Complaint and a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the

Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the

submitted documents were deficient. Notwithstanding the deficiencies, on October 28,

2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a

civil action.

In the October 28, 2008, order, Mr. Twitty was directed to cure a deficiency if he wished to pursue his claims. He specifically was directed to submit within thirty days a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. The order warned Mr. Twitty that if he failed to cure the designated deficiency within thirty days, the complaint and the action would be dismissed without prejudice and without further notice.

Mr. Twitty has failed within the time allowed to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing or otherwise to communicate with the Court in any way.

Subsection (a)(2) of 28 U.S.C. § 1915 requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 notes this requirement.

The Prisoner Complaint and the action will be dismissed without prejudice for Mr. Twitty's failure to cure the designated deficiency as directed within the time allowed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is

denied as moot.

DATED at Denver, Colorado, this 9 day of _____Dec._____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02333-BNB

Andre J. Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on **12/9/08**

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk