IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02333-ZLW

ANDRE J. TWITTY,

    Plaintiff,

v.

MIKE MUKASEY, U.S. Attorney General,
HARLEY G. LAPPIN, Led [sic] B.O.P. Director,
HARREL WATTS, B.O.P Clerk,
MIKE NALLEY, B.O.P Regional Dir.,
N. FIELDS, B.O.P. Clerk,
RONNIE WILEY - Warden,
NFN - FOX, Assoc. Warden,
UNKNOWN EXECUTIVE ASST.,
UNKNOWN CAPTAIN,
P.J. KRIST - SIA,
"ALL UNKNOWN SIS INVESTIGATORS,"
C. SYNSROL - Legal Advisor,
UNKNOWN MEDICAL ADMIN.,
P. COLLINS - Acct. Mgr., and
R. MADISON, Counselor, all in their individual capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -5 2009

GREGORY C. LANGHAM
                    CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion titled "Motion to Alter or Amend the Fraudulent Judgment Entered on 9 Dec. 2008, Pursuant to Rule 59(e) Fed. R. Civ. P., Brief in Support" that Plaintiff, Andre J. Twitty, submitted to and filed with the Court on December 31, 2008. Mr. Twitty previously submitted a motion titled "Motion to Alter or Amend the Fraudulent Judgment Entered on 9 Dec. 2008, Pursuant to Rule 59(e) Fed. R. Civ. P., Brief in Support" on December 22, 2008, that the Court denied on December 31, 2008. The motion filed on December 31 is denied for the same reasons stated in

the December 31 order. This case is closed. The clerk of the Court is directed to strike any further filings Mr. Twitty may attempt to file in this case.

Dated: January 5, 2009

Copy of this Minute Order mailed on January 5, 2009, to the following:

Andre J. Twitty
Reg. No. 18558-018
ADX - Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk